DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIMOTHY BRADLEY, M.D.,**
Appellant,

v.

**SCOTT ANAGNOSTE, M.D.,** and **RETINA VITREOUS CONSULTANTS, LLP** d/b/a **RETINA GROUP, INC.** d/b/a **RETINA GROUP OF FLORIDA,**
Appellees.

No. 4D2025-1070

[February 12, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. 062023CA012693AXXXCE.

David Di Pietro of Di Pietro Partners, PLLC, Fort Lauderdale, for appellant.

John D. Kelner of John D. Kelner, P.A., Davie, for appellees.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and GERBER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***